**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KURTIS G. SHAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-595-CH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date, the decision of the Commissioner of Social Security Administration is REVERSED. This matter is remanded to Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, for further proceedings and consideration consistent with the Court's opinion.

ENTERED this __20th__ day of May, 2005.

VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE